AO 245H (Rev. 07/04)(W.D.TX) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
05/19/2016
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
Deputy

| | |
|---|---|
| USA | § |
| | § CRIMINAL COMPLAINT |
| vs. | § CASE NUMBER: PE:16-M -01173(1) |
| | § |
| (1) Erick Eliseo Avila-Gonzalez | § |

**JUDGMENT IN A CRIMINAL CASE**
**(For A Petty Offense) - Short Form**

The defendant, (1) Erick Eliseo Avila-Gonzalez, was presented by counsel, Louis Wayne Correa.

The defendant pled guilty to the COMPLAINT on May 19 2016. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325 | Improper Entry by Alien | May 16, 2016 |

As pronounced on May 19, 2016, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **TIME SERVED.** The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

The Government, through an oral motion, moves to remit the $10.00 special assessment imposed, pursuant to 18 U.S.C. § 3013, as reasonable efforts to collect this assessment are not likely to be effective. The Court accepts the motion. **Special assessment is remitted.**

The fine is waived because of the defendant's inability to pay.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.

Filed and signed on this the 19th day of May 2016.

DAVID FANNIN
U.S. MAGISTRATE JUDGE

Arresting Agency:
USM #:

## UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### PECOS DIVISION

| | | |
|---|---|---|
| USA | § § | |
| vs. | § § | Case Number: PE:16-M-01173(1) |
| (1) Erick Eliseo Avila-Gonzalez<br>*Defendant* | § | |

## INITIAL APPEARANCE

On May 19, 2016, the defendant appeared in Open Court before U.S. Magistrate Judge DAVID FANNIN. He/She affirmed that he/she is the person named in the complaint/indictment and a copy was given to him/her.

**The defendant was advised as follows:**

1) The nature of the charge against him/her.

2) The right to retain counsel or to request the assignment of counsel if he/she was unable to obtain counsel.

3) That he/she is not required to make any statement and that any statement he/she makes may be used against him/her.

4) The right to a preliminary examination if not indicted; and,

5) The right to consideration of bail.

**Attorney**

( X )   Duty Pub. Defender-Pecos,   FPD

**Next Hearing Date/Time**

( X )   ARRAIGNMENT AND PLEA   **May 19, 2016**   at 11:00 AM

**Bond**

( X )   No Bond Set.

**Interpreter Needed:**   Interpreter: Spanish        Record FTR Gold -

Time:   09:40 a.m. - 09:49 a.m.   09 minutes   Arrest Date:   05/16/2016

Presidio County

AO 91 (REV. 12/03)

# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS, PECOS DIVISION

FILED
05/19/2016
Clerk, U.S. District Court
Western District of Texas

by: Y.Lujan
Deputy

USA

vs.

(1) Erick Eliseo Avila-Gonzalez

§
§ CRIMINAL COMPLAINT
§ CASE NUMBER: PE:16-M -01173(1) - DF
§
§

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **May 16, 2016** in **Presidio** county, in the **WESTERN DISTRICT OF TEXAS** defendant did, being an alien to the United States, knowingly enter and attempt to enter the United States at a time and place other than as designated by immigration officers in violation of Title **8** United States Code, Section(s) **1325(a)(1)**

I further state that I am a **BORDER PATROL AGENT** and that this complaint is based on the following facts: *"The Defendant was arrested on May 16, 2016, in the Western District of Texas by Marfa Border Patrol Agents. The Defendant is a citizen and national of Guatemala, who is present in the United States without having been admitted or paroled by an Immigration Officer. The Defendant last entered the United States on or about May 9, 2016, in Presidio County, Texas, in the Western District of Texas at a time and place not designated as a port of entry by the Secretary of*

Continued on the attached sheet and made a part of hereof.

Sworn to before me and subscribed in my presence,

Signature of Complainant
Hinojosa, Rigoberto
Border Patrol Agent

May 19, 2016
Date

at   ALPINE, Texas
City and State

DAVID FANNIN
U.S. MAGISTRATE JUDGE

Signature of Judicial Officer

CONTINUATION OF CRIMINAL COMPLAINT - PE:16-M -01173(1)

WESTERN DISTRICT OF TEXAS

(1) Erick Eliseo Avila-Gonzalez

FACTS (CONTINUED)

Homeland Security. The Defendant was not in possession of Immigration documents allowing him to be in, or remain in, the United States legally. Defendant is a national and citizen of Guatemala.

IMMIGRATION HISTORY:
AVILA-GONZALEZ has no known prior Immigration History.

CRIMINAL HISTORY:
AVILA-GONZALEZ has no known prior Criminal History.